IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| QUANDALA DENISE WALKER, ) | |
| #261226, ) | |
|    ) | |
|    Petitioner, ) | |
|    ) | |
|    v. ) | CIVIL ACTION NO. 2:09cv254-TMH |
|    ) | |
| FRANK ALBRIGHT, et al., ) | |
|    ) | |
|    Respondents. ) | |

**ORDER AND OPINION**

On May 29, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 8). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that the petition for habeas corpus relief is DISMISSED without prejudice to afford Walker an opportunity to exhaust all state court remedies available to her.

Done this the 22nd day of June, 2009.

/s/ Truman M. Hobbs
_____
SENIOR UNITED STATES DISTRICT JUDGE